IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AMANDA YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>BG RETAIL, LLC d/b/a FAMOUS FOOTWARE,<br><br>    Defendant. | Case No. 6:23-cv-407-JDK |

## ORDER OF DISMISSAL

Before the Court is the parties' agreed motion to dismiss with prejudice (Docket No. 13). The Court **GRANTS** the motion. Pursuant to the parties' request and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **5th** day of **December, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE